

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0108

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 25-0108

_____

KARISSA LYNN COGAR,

Petitioner,

v.

MONTANA SECOND JUDICIAL DISTRICT
COURT, BUTTE-SILVERBOW COUNTY,
HONORABLE ROBERT J. WHELAN, Presiding,

Respondent.

_____

**O R D E R**

FILED

FEB 18 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner Karissa Lynn Cogar seeks a writ of supervisory control to direct the Second Judicial District Court to set a Show Cause Hearing in Butte-Silver Bow County Cause No. DR-16-216 on her pending Motion to Amend Parenting Plan, her first Motion for Temporary Parenting Order and Order to Show Cause, and her second Motion for Temporary Parenting Order and Order to Show Cause. Cogar asserts that this matter has been before the District Court for over a year with no action on multiple requests for a hearing or a scheduling conference. The petition's certificate of service indicates that Cogar served her petition on the Petitioner in the underlying proceeding, Mark Richard Gibbons, Jr., but she did not serve the Respondent District Court Judge in this case.

Supervisory control is an extraordinary remedy that is sometimes justified when urgency or emergency factors exist making the normal appeal process inadequate, when the case involves purely legal questions, and when the other court is proceeding under a mistake of law and is causing a gross injustice, constitutional issues of state-wide importance are involved, or, in a criminal case, the other court has granted or denied a motion to substitute a judge. M. R. App. P. 14(3). M. R. App. P. 14(6) requires that a petition filed with respect to any proceeding pending in a district court be served upon the

presiding district judge and upon all parties. Without proper service, summary denial of the petition is warranted.

IT IS THEREFORE ORDERED that the Petition is DENIED without prejudice.

The Clerk is directed to provide notice of this Order to counsel for the Petitioner and to all parties upon whom the Petition was served.

DATED this 18 day of February, 2025.

_____

_____

_____

_____

_____
Justices